## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 20-cv-01468-RM-MEH

TIMOTHY DIPIRRO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

VAIL RESORTS, INC., and
THE VAIL CORPORATION d/b/a Vail Resorts Management Company,

    Defendants.

---

## ORDER DIRECTING REASSIGNMENT

---

    This matter is before the Court *sua sponte* upon review of this matter and finding there are several related cases pending in this District against Defendant The Vail Corporation. Pursuant to D.C.COLO.LCivR 3.2(d), 40.1(a), and 40.1(d)(4)(B), after conferral with Judge R. Brooke Jackson, this Court finds the interests of justice are best served and judicial economy is best preserved if this action is REASSIGNED to Judge Jackson. As required by D.C.COLO.LCivR 40.1(a), approval from Chief Judge Philip A. Brimmer has been obtained for the reassignment. It is therefore ORDERED that this matter is REASSIGNED to Judge Jackson and future filings in this case shall be docketed under case number 20-cv-01468-RBJ.

    DATED this 4th day of June, 2020.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge