| UNITED STATES DISTRICT COURT | DISTRICT OF COLORADO |
|---|---|
| Timothy DiPirro, Plaintiff, <br> v. <br> Vail Resorts, Inc., et al. <br> Defendants, | Court File Number <br> 20-cv-01468-RM <br><br> **AFFIDAVIT OF SERVICE** |

State of Colorado } SS
County of Denver }

I, __Layla Aspinall__, state that on
(Name of Server)

__May / 27__ /2020 at __12:35 P__ M, I served the:
(Date of Service)    (Time of Service)

Summons & Complaint; Civil Cover Sheet

upon: The Vail Corporation d/b/a Vail Resorts Management Company

therein named, personally at:    Corporation Service Company
1900 West Littleton Boulevard
Littleton, CO 80120

by handing to and leaving with:

__Cole Stender__ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for The Vail Corporation d/b/a Vail Resorts Management Company, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __5/27__/2020    _____
(Signature of Server)

__Layla Aspinall__
(Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 239839 1361

Re: 6096-001



330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-