| UNITED STATES DISTRICT COURT | DISTRICT OF COLORADO |
|---|---|
| Timothy DiPirro<br>             Plaintiff,<br>v.<br>Vail Resorts, Inc., et al.<br>             Defendants, | Court File Number<br>20-cv-01468-RM<br><br>**AFFIDAVIT OF SERVICE** |

State of Colorado } SS
County of Denver }

I, **Layla Aspinall** (Name of Server), state that on **May 27**/2020 at **12:35 P**M, (Date of Service) (Time of Service) I served the:

Summons & Complaint; Civil Cover Sheet

upon: Vail Resorts, Inc.

therein named, personally at:     Corporation Service Company
                                          1900 West Littleton Boulevard
                                          Littleton, CO 80120

by handing to and leaving with:

**Cole Stender** - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for Vail Resorts, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **5/27**/2020        *Aspinall*
                                                                (Signature of Server)

                                                                 Layla Aspinall
                                                                 (Printed Name of Server)

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 239838 1360

Re: 6096-001



**METRO LEGAL**
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com