IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01121-RBJ

BERNARD HAN,

    Plaintiff,

v.

VAIL RESORTS, INC.,

    Defendant.

## ORDER TO CONSOLIDATE RELATED ACTIONS

Before the Court is the Motion to Consolidate Cases Pursuant to Federal Rule of Civil Procedure 42(a)(2) and Local Rule 42.1. ECF No. 6. The Court grants the motion and orders consolidation of the related Vail cases with this case, 1:20-cv-01121-RBJ, for all purposes. All future filings shall be made on the lead case number 1:20-cv-01121-RBJ. At the present time the consolidated cases are believed to be 1:20-cv-01134-RBJ; 1:20-cv-01163-KLM, 1:20-cv-01176-RM, 1:20-cv-01364-RM, 1:20-cv-01468-RM, 1:20-cv-1475-WJM, 1:20-cv-01529-RM and 1:20-cv-01585-KLM.

The Court has considered the defendant's request that the same judge handle both sets of the Vail and Alterra cases. However, after discussing the situation with my colleagues, we have agreed that Judge Moore will take the Alterra cases and this Court will take the Vail cases. The Court sets a Telephonic Status Conference for June 29, 2020 at 10:00 a.m. Counsel may participate in the conference by calling Toll Free: 888-204-5984 and using Access Code: 7557338#. Because there is a dispute among plaintiffs' counsel over the lead counsel position, the Court will address that issue as well during the status conference.

- 1 -

003101-14  618847 v1

Dated this 4th day of June, 2020.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge